STATE OF NEW JERSEY v. GEORGE LEWTER.

November 2, 1981.

Petition for certification denied.

LESTER J. DWORMAN v. BOROUGH OF TINTON FALLS.

November 2, 1981.

Petition for certification denied.   (See 180 *N.J.Super.* 366)

GAIL DOUGHERTY v. DEPARTMENT OF HUMAN SERVICES,
DIVISION OF MEDICAL ASSISTANCE.

November 2, 1981.

Petition for certification granted.   (See 179 *N.J.Super.* 541)

THE ESSEX BANK v. CAPITAL RESOURCES CORP.

November 2, 1981.

Petition for certification denied.   (See 179 *N.J.Super.* 523)

BARRETT COUNTRY CLUB ESTATES v. VARIOUS TENANTS.

November 2, 1981.

Petition for certification denied.